Cause NO 49095-A
Cause NO 53346-A
12,094-16

Ex parte

Robert Dale WARE

} In COURT OF Criminal

} Appeals OF Texas.

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 18 2015
Abel Acosta, Clerk

## PETITION FOR A WRIT OF Mandamus

TO THE HONORBLE JUDGE OF SAID COURT:

COMES Now, the petitioner Robert Dale WARE, IN pro-se, and file this his writ of mandamus in order to force the Lower Court to dismissed the above action For Default Judgment on the State of Texas behalf, for not carry out its Jury Trial date that was set by the Lower court, and in support thereof, will show the Court the following?

1. ON Sept 17, 2014, the petitioner RECEIVED a Letter form his suppose to be attorney on Record - Attorney-at-Low - 1407 9TH Street Wichita Falls, Texas 76301 - advising the petitioner that the Lower 30th District Court of Wichita County, TX-W.F. Texas, has set a Jury trial date for Sept. 29, 2014 At 9:00 Am.

2. The state bypasses its opportunity to trial its case, thereby denying the defendant - the petitioner-his Right to be at his (own) Jury trial. Eaven if a defendant is Location is known, the state must exert due diligence in obtaining his presence for trial. Art. 32A.02, §4(5) Ex parte Hilland, 687 siw.2d 316, 319 (Tex. Cr. App. 1985)

3. The petitioner didn't hear anything else from said attorney— not until January 27, 2015, that was Referring to a pretrial conference date after the above fact.

LUHEREFORE, PREMISES CONSIDERED, the petitioner move this court to compell the Lower court to dismiss the above cause with PreJuiced to be a Default Judgment against the state of Texas.

Dated: 6-15-15

CC.

Respectfully Submitted
Robert Dale Ware